UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BROMLOW, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>D & M CARRIERS, LLC,<br><br>  Defendant. | Case No. 4:19-cv-05358-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS AND MOTION TO TRANSFER**<br><br>Re: Dkt. Nos. 40, 41 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss and the Motion to Transfer, noticed on January 17, 2020 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE are vacated.  A written ruling shall issue.

Dated: January 8, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541